In the Matter of Herman FEERMAN, Bankrupt.

Herman FEERMAN, Appellant, v. William SCHWARTZ, Doing Business under the Firm Name and Style of Schwartz Bros., Appellee.

No. 318.

Circuit Court of Appeals, Second Circuit.

May 2, 1938.

Mintzer & Todarelli, of New York City (David Coral, of New York City, of counsel), for appellant.

William J. Rudin, of Brooklyn, N. Y., for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Order affirmed.

William GRIFFIN, Appellant, v. F. G. ZERBST, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.

No. 8706.

Circuit Court of Appeals, Fifth Circuit.

June 6, 1938.

William Griffen, in pro. per., for appellant.

Lawrence S. Camp, U. S. Atty., and J. Ellis Mundy and H. H. Tisinger, Asst. U. S. Attys., all of Atlanta, Ga., for appellee.

Before FOSTER, SIBLEY, and HUTCHESON, Circuit Judges.

PER CURIAM.
The judgment appealed from is affirmed.

William S. HART and Mary Hart, Copartners, Doing Business under the Firm Name and Style of The William S. Hart Company, Plaintiffs-Appellants, v. UNITED ARTISTS CORPORATION, Defendant-Appellee.

No. 314.

Circuit Court of Appeals, Second Circuit.

May 2, 1938.

House, Grossman, Vorhaus & Hemley, of New York City (Charles H. Tuttle, Frederick Hemley, and Jesse Hemley, all of New York City, of counsel), for appellants.

O'Brien, Driscoll & Raftery of New York City (Arthur F. Driscoll, Paul D. O'Brien, and Milton M. Rosenbloom, all of New York City, of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Judgment affirmed.

Thor W. HENRICKSEN, Acting Collector, Internal Revenue, District of Washington et al., v. M. LEAVITT.

No. 8839.

Circuit Court of Appeals, Ninth Circuit.

May 16, 1938.

J. Charles Dennis, U. S. Atty., of Seattle, Wash., and Oliver Malm, Asst. U. S. Atty., of Tacoma, Wash., for appellants.

Burns Poe, of Tacoma, Wash., for appellee.

Before GARRECHT, HANEY, and STEPHENS, Circuit Judges.

PER CURIAM.
Upon motion of counsel for appellants, ordered appeal herein dismissed, that a judgment of dismissal be filed and entered accordingly, and that the mandate of this court herein issue forthwith.